No. 161. STEWART, ADMINISTRATOR, *v.* SOUTHERN RAILWAY Co. See *ante,* p. 784.

No. 644. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CEMENT INVESTORS, INC.;

No. 645. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JAMES Q. NEWTON TRUST; and

No. 646. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEWTON. March 9, 1942. The petitions for rehearing are granted. The orders denying certiorari, *ante,* pp. 802–803, are vacated, and the petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit are granted. *Solicitor General Fahy* for petitioner. *Messrs. John L. J. Hart* and *James B. Grant* for respondent in No. 644. *Mr. Richard M. Davis* for respondents in Nos. 645 and 646.

No. —, original. EX PARTE GEORGE ACRET. January 12, 1942. The petition for rehearing is denied. The motion for leave to file a supplemental or amended petition for writ of mandamus is also denied.